IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00919-2 CW |
| Plaintiff, | ORDER DENYING DEFENDANT ANDREA MATAU'S MOTION FOR A BILL OF PARTICULARS (Docket No. 30) |
| v. | |
| JULIE MATAU and ANDREA MATAU, | |
| Defendants. / | |

Pursuant to Federal Rule of Criminal Procedure 7(f), Defendant Andrea Matau moves for a bill of particulars.  Plaintiff United States of America opposes the motion.  The motion was taken under submission on the papers.

Having considered the papers submitted by the parties, the Court DENIES Defendant's motion.  The government's indictment, its opposition to Defendant's present motion and discovery in this case provide Defendant with sufficient notice of the charges brought against her.

IT IS SO ORDERED.

Dated: 7/13/2011

CLAUDIA WILKEN
United States District Judge